**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00477-CV

---

### UNG H. KIM AND CHUNG E. KIM, Appellants

### V.

### PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE AND FAY SERVICING, LLC, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-22392**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 23, 2018. On June 29, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.